AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GENERAL MEDIA COMMUNICATIONS. INC., et ano.,

V.

G.Q. ASSOCIATES, L.L.C., et ano.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



07 CIV 8523

JUDGE SCHEINDLIN

TO: (Name and address of Defendant)

G.Q. ASSOCIATES, L.L.C. and HORIZON MEDIA GROUP, L.L.C.
206 Murphy Road
Hartford, CT 06114

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PANTALEONI & WEISS LLP
107 East 37th Street
Suite 1
New York, NY 10016

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   OCT 0 2 2007

⚜AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 10/15/07 |
| NAME OF SERVER (PRINT) Stuart Perlmutter | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served at Business address; G.Q. ASSOCIATES L.L.C.
Bruce Walmer, Manager
206 Murphy Rd.
Hartford, CT 06114

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/19/07
         Date             Signature of Server

Stuart Perlmutter
105 Haddad Rd.
Waterbury, CT 06708
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 10/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Stuart Perlmutter | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Corporate Service; Served  HORIZON MEDIA GROUP, L.L.C.
Bruce Walmer, Manager
206 Murphy Rd.
Hartford, CT 06114

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/19/07
            Date

Signature of Server

Stuart Perlmutter
105 Haddad Rd.
Waterbury, CT. 06708
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.