*Scheindlin, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GENERAL MEDIA COMMUNICATIONS, INC., a
New York Corporation and PENTHOUSE DIGITAL
MEDIA PRODUCTIONS INC., a New York
Corporation,

                       Plaintiffs,           STIPULATION & ORDER

      - against -                           07CIV. 8523(SAS)

G.Q. ASSOCIATES, L.L.C., a Connecticut Limited
Liability Corporation and HORIZON MEDIA GROUP,
L.L.C., a Connecticut Limited Liability Corporation,

                      Defendants.
-----------------------------------------------------------X

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11/21/07**

WHEREAS the period originally prescribed for filing an answer expires on November 30, 2007 therefore, this request is made before the expiration of that period as required by FRCP 6(b)(1) and,

WHEREAS this extention will not prejudice any opposing party and is sought because the parties are attempting to negotiate a settlement and

WHEREAS defendants have received one previous extension of time from November 8th, 2007 to November 30, 2007, and

WHEREAS defendant counsel is scheduled to be outside of the United States from November 20th to November 30th, 2008, first request is made for the Court to adjourn its conference from November 29th, 2007 to a day in the first week of January, 2008

WHEREAS the plaintiff has agreed to the extension of time for the defendants to answer or otherwise move to *December 20, 2007* ~~January 31, 2008~~ and to an adjournment of the conference for this action to a date in the first week of January, 2008 for a conference

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the

above captioned parties that the defendant's time to answer the plaintiff's complaint or otherwise move is enlarged to ~~January 31, 2008~~ December 20, 2007 and a conference in this matter shall be adjourned from November 29, 2007 to January 3, 2008, at 4:30 p.m.

PANTALEONI & WEISS LLP
By: Lawrence N. Weiss (LNW9584)
Atty. for Plaintiff(s)
GENERAL MEDIA COMMUNICATIONS
INC. and PENTHOUSE DIGITAL MEDIA
PRODUCTIONS INC.,
107 East 37th Street
New York, New York 10016
(212) 213-3285

Dated: New York, New York
November 15, 2007

MALLOW, KONSTAM & HAGER, P.C.
By: Gerold Mallow (GMM8832)
Atty. for Defendant(s)
G.Q. ASSOCIATES, L.L.C. and HORIZON
MEDIA GROUP, L.L.C.
321 Broadway
New York, New York 10007
(212) 964-7990

So Ordered   11/20/07

Stipulation/horizon111507rfd