UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GENERAL MEDIA COMMUNICATIONS, INC., a
New York Corporation and PENTHOUSE DIGITAL
MEDIA PRODUCTIONS INC., a New York
Corporation,

                              Plaintiffs,

         - against -

G.Q. ASSOCIATES, L.L.C., a Connecticut Limited
Liability Corporation and HORIZON MEDIA GROUP,
L.L.C., a Connecticut Limited Liability Corporation,

                             Defendants.
----------------------------------------------------------------X

STIPULATION & ORDER

07CIV. 8523(SAS)

    WHEREAS the period originally prescribed for filing an answer expires on November 8, 2007 therefore, this request is made before the expiration of that period as required by FRCP 6(b)(1) and,

    WHEREAS this extention will not prejudice any opposing party and is sought because the parties are attempting to negotiate a settlement and

    WHEREAS defendants have received no previous extension of time and do not anticipate seeking any additional time and,

    WHEREAS the plaintiff has agreed to the extension of time for the defendants to answer or otherwise move to November 30, 2007,

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the above captioned parties that the defendant's time to answer the plaintiff's complaint or otherwise move is enlarged to November 30, 2007

*[signature]*
PANTALEONI & WEISS LLP
By: Lawrence N. Weiss (LNW9584)
Atty. for Plaintiff(s)
GENERAL MEDIA COMMUNICATIONS
INC. and PENTHOUSE DIGITAL MEDIA
PRODUCTIONS INC.,
107 East 37th Street
New York, New York 10016
(212) 213-3285

Dated: New York, New York
October 29, 2007

*[signature]*
MALLOW, KONSTAM & HAGER, P.C
By: Gerold Mallow (GMM8832)
Atty. for Defendant(s)
G.Q. ASSOCIATES, L.L.C. and HORIZON
MEDIA GROUP, L.L.C.
321 Broadway
New York, New York 10007
(212) 964-7990

*[signature]*
So Ordered                    11/5/07

Stipulation/horizon102907rfd1

2

2

*[signature]*
PANTALEONI & WEISS LLP
By: Lawrence N. Weiss (LNW9584)
Atty. for Plaintiff(s)
GENERAL MEDIA COMMUNICATIONS
INC. and PENTHOUSE DIGITAL MEDIA
PRODUCTIONS INC.,
107 East 37th Street
New York, New York 10016
(212) 213-3285

Dated: New York, New York
     October 29, 2007

*[signature]*
MALLOW, KONSTAM & HAGER, P.C.
By: Gerold Mallow (GMM8832)
Atty. for Defendant(s)
G.Q. ASSOCIATES, L.L.C. and HORIZON
MEDIA GROUP, L.L.C.
321 Broadway
New York, New York 10007
(212) 964-7990


_____
So Ordered

Stipulation/horizon102907;fd1

2