USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

General Media Communications, Inc., et al.,

    Plaintiff,

- against -

G.Q. Associates, et al.,

    Defendant(s).

------------------------------------X

SCHEDULING ORDER

07 Civ. 8523 (SAS)

Conference Date:

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;

    Jan. 3, 2008

(2) a concise statement of the issues as they then appear;

    whether defendants broke contracts with plaintiffs and infringed plaintiffs' trademarks, and, if so, relief to be award[ed]

pg 3/15

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions;

    To be determined and a schedule to be submitted within one month after compliance with automatic disclosure and document requests + interrogs. served by plaintiffs

(b) a schedule for the production of documents;

    Jan. 30   Feb. 15, 2008

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    Experts are not anticipated at this time

(d) time when discovery is to be completed;

    May 30, 2008

    March 30, 2008

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*May 15* ~~June 30~~, if no summary judgment motion made

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*June 15* ~~July 31~~, if no summary judgment motion made

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

_____ *April 16 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

*Jury trial, one week or less*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

*[signature] Paul Weiss LLP
Attys for Plaintiff
102 E. 37 St.
N.Y. 10016  (212)213-3285*

SO ORDERED:

*[signature]*

SHIRA A. SCHEINDLIN
U.S.D.J.

*1/3/08*